UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE WEBSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00986-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT THE STAY<br><br>ECF No. 3 |

　　　Plaintiff's motion to lift the stay for the purpose of issuing the summons, ECF No. 3, is granted.

IT IS SO ORDERED.

Dated:　__August 10, 2020__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.