UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE WEBSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00986-JDP<br><br>ORDER ON THE ISSUANCE OF A SUMMONS |

Because plaintiff's motion to lift the stay has been granted, ECF No. 4, the court will order service of process on defendant:

　　i.　The clerk must issue a summons.

　　ii.　The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

　　iii.　Plaintiff must assist the marshal upon request.

　　iv.　The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:　__August 20, 2020__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1