UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE WEBSTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00986-HBK<br><br>ORDER APPROVING PARTIES' JOINT STIPULATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) AND REVERSING FINAL DECISION AND REMANDING CASE<br><br>(Doc. No. 17) |

　　　　Pending before the Court is the parties' Stipulation for Remand filed June 2, 2021. (Doc. No. 17). Plaintiff Donna Lee Webster and the Commissioner of Social Security jointly stipulate to remand this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and for judgment to be entered in Plaintiff's favor. (*Id.*).

　　　　The United States Supreme Court held that the Social Security Act permits remand in conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision. *See Melkonyan v. Sullian*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under the Equal Access to Justice Act and calculating deadline using date of final judgment). The *Melkonyan* Court recognized 42 U.S.C. § 405(g) contemplates only two types of remand – sentence four or sentence six. *Id.* at 98. A sentence four remand authorizes a court to enter "a judgment affirming, modifying, or reversing the decision of the Secretary, with or without resetting the cause for a rehearing." *Id.* at 98 (other citations omitted).

Here, the parties' stipulation seeks a remand of the instant case under sentence four, so the ALJ will reevaluate the medical opinions, reassess the Plaintiff's residual functional capacity, as necessary; determine whether Plaintiff can perform past work or other work in the national economy, offer Plaintiff the opportunity for a hearing; and take further action as warranted to complete the administrative review and issue a new decision. (Doc. 17 at 1-2).

Accordingly, it is now **ORDERED**:

1. The Court APPROVES the parties' Joint Stipulation (Doc. No. 17).

2. The Commissioner of Social Security's decision is REVERSED, judgment shall be entered in favor of Plaintiff, and this case is REMANDED to the Commissioner of Social Security for further proceedings consistent with the parties' Joint Stipulation and this Order under 42 U.S.C. § 405(g), sentence four.

3. The Clerk is respectfully requested to terminate any pending motions/deadlines and close this case.

Dated:   September 24, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE