UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE WEBSTER,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:20-cv-00986-HBK<br><br>ORDER GRANTING MOTION TO CORRECT COURT ORDER AND AMENDED ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No.  21) |

Pending before the Court is Plaintiff's unopposed motion to correct the Court's February 24, 2022 Order granting an award and payment of attorneys' fees under the Equal Access to Justice Act.  (Doc. No. 21).  It its February 24, 2022 Order, the Court incorrectly combined the $3500.00 for attorney fees and $400.00 for reimbursement of the filing fee, approving a total of $3900.00 in attorney fees and expenses under the EAJA.  (Doc. No. 20).  Plaintiff should have been awarded $3500.00 in attorney fees and $400.00 for reimbursement of the filing fee.

Accordingly, it is **ORDERED**:

1. Plaintiff's unopposed motion for leave to correct the Court's February 24, 2022 Order (Doc. No. 21) is **GRANTED**.

2.  Plaintiff's Counsel's Petition for Attorney Fees Under the Equal Access to Justice Act (Docket No. 19) is GRANTED and Plaintiff is awarded $3,500.00 in attorney's fees and $400.00

for reimbursement of the filing fee, to be paid from the Judgment fund according to 28 U.S.C. §1920. *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

Dated:   November 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE